FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 03 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICHOLAS SPERANZA,

        Plaintiff,

- against -

TEKSYSTEMS, INC., and JAY W. ALVATHER,
as CEO of TEKSYSTEMS, and EXCELL
COMMUNICATIONS, and ZACHARY HALL
as CEO of EXCELL COMMUNICATIONS,

        Defendants.
-----------------------------------------------------------------X

Case No. 2:21-cv-004199-JSJMW

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

Upon the joint application of the Plaintiff and Defendants in the above-captioned action, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**HEREBY ORDERED AS FOLLOWS:**

    1. The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiff's claims pursuant to the Fair Labor Standards Act of 1938, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

    2. The settlement agreement is approved as a fair and reasonable disposition of the Plaintiff's claims; and

76344415v.4

3. This action, including all claims asserted by the Plaintiff herein, is hereby dismissed with prejudice as against all of the Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

4. The Court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement, if necessary.

Dated: ~~November___, 2021~~ April 27, 2022,

NICHOLAS SPERANZA

By: _____
Peter J. Famighetti
FAMIGHETTI & WEINICK, PLLC
25 Melville Park Road, Suite 235
Melville, NY 11747
*Attorneys for Plaintiff Nicholas Speranza*


TEKSYSTEMS, INC. and JAY W. ALVATHAR

By: _____
Robert T. Szyba
Seyfarth Shaw
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
*Attorneys for Defendants TEKsystems, Inc. and Jay W. Alvathar*


EXCELL COMMUNICATIONS and ZACHARY HALL

By: _____
Sean Chung
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
*Attorneys for Defendants Excell Communications and Zachary Hall*

SO ORDERED: 
S/ James M. Wicks
_____
James M. Wicks, USMJ
Dated: 5/3/2022
Central Islip, NY

76344415v.4